# EXHIBIT INDEX

EXHIBIT A - Federal Bureau of Investigation, "Seeking Victim Information in Slip-and-Fall Lawsuit Ponzi Scheme Investigation" ............................................................................................1

EXHIBIT B - An Alleged Fraud Uncovered by a Short Seller Ends in Gunfire," The Wall Street Journal ........................................................................................................................6

EXHIBIT C - Hindenburg Research, "J&J Purchasing: When It Sounds Too Good Too Be True" ..............................................................................................................................17

EXHIBIT D - Tr. of Initial Hr'g, Mar. 8, 2022, United States v. Matthew Wade Beasley, Case No. 2:22-MJ-00171-EJY (D. Nev.) ........................................................................................54