Miles N. Clark, Esq.
Nevada Bar No. 13848
**KNEPPER & CLARK LLC**
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
miles.clark@knepperclark.com

Eric H. Gibbs, Esq. (*pro hac vice* forthcoming)
David K. Stein, Esq. (*pro hac vice* forthcoming)
Iudis Sominskaia, Esq. (*pro hac vice* forthcoming)
**GIBBS LAW GROUP LLP**
505 14th Street
Oakland, California 94612
Phone: (510) 350-9700
ehg@classlawgroup.com
ds@classlawgroup.com
ids@classlawgroup.com

Scott L. Silver, Esq. (*pro hac vice forthcoming*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, Florida 33065
Phone: (954) 755-4799
ssilver@silverlaw.com

*Counsel for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARRETT HENZEL; BRYCE BUSSEY; TINA GUILDER; ANTHONY GUILDER; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY JUDD; J & J CONSULTING SERVICES, INC., a Nevada corporation; J & J CONSULTING SERVICES, INC., an Alaska corporation; J & J PURCHASING, LLC, a Florida limited liability company; MATTHEW BEASLEY; and BEASLEY | Case No. 2:22-cv-00529-JAD-NJK<br><br>**PLAINTIFFS' RULE 7.1 CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint filed: March 25, 2022 |

LAW GROUP PC, a Nevada professional corporation,

Defendants.

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, Barrett Henzel; Bryce Bussey; Tina Guilder; Anthony Guilder; who are the Plaintiffs, make the following disclosure:

1. None of the named Plaintiffs are a publicly held corporation or other publicly held entity.
2. None of the named Plaintiffs have a parent corporation.
3. None of the named Plaintiffs own 10% or more of the stock in, nor do they own, a publicly held corporation or other publicly held entity.
4. None of the named Plaintiffs have any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.
5. None of the named Plaintiffs is a trade association.

//
//
//
//
//
//
//
//
//
//
//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 4

6. The case does not arise out of a bankruptcy proceeding.

DATED: March 30, 2022.

                                                        **KNEPPER & CLARK LLC**

                                                        /s/ *Miles N. Clark*
                                                        Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
miles.clark@knepperclark.com

**GIBBS LAW GROUP LLP**
Eric H. Gibbs, Esq.
(*pro hac vice forthcoming*)
David K. Stein. Esq.
(*pro hac vice forthcoming*)
Iudis Sominskaia, Esq.
(*pro hac vice forthcoming*)
505 14th Street
Oakland, California 94612
ehg@classlawgroup.com
ds@classlawgroup.com
ids@classlawgroup.com

**SILVER LAW GROUP**
Scott L. Silver, Esq.
(*pro hac vice forthcoming*)
11780 W. Sample Road
Coral Springs, Florida 33065
ssilver@silverlaw.com

*Counsel for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on March 30, 2022, I caused the document **PLAINTIFFS' RULE 7.1 CERTIFICATE OF INTERESTED PARTIES,** to be served through the Court's CM/ECF system to those persons designated by the parties as receiving service.

/s/ *Lucille Chiusano*
Lucille Chiusano, an Employee of KNEPPER & CLARK LLC

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

4 of 4