Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Schwartz Law, PLLC
601 E. Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
saschwartz@nvfirm.com

*Bankruptcy Attorneys for Petitioning Creditors*
*Anthony Bonifazio, Keith Ozawa,*
*Janelle Ozawa, Brian Schumann and*
*Martin Keevin Cordova*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BARRETT HENZEL; BRYCE BUSSEY; TINA GUILDER; ANTHONY GUILDER; on behalf of themselves and all others similarly situated, | Case No. 2:22-cv-00529 |
| Plaintiffs, | |
| v. | |
| JEFFREY JUUD; J & J CONSULTING SERVICES, INC., a Nevada corporation; J & J CONSULTING SERVICES, INC., an Alaska corporation; J and J PURCHASING, LLC, a Florida limited liability company; MATTHEW BEASLEY; and BEASLEY LAW GROUP PC, a Nevada Professional Corporation, | |
| Defendants. | |

## SUGGESTION OF BANKRUPTCY

Petitioning Creditors, Anthony Bonifazio, Keith Ozawa, Janelle Ozawa, Brian Schumann and Martin Keevin Cordova (the "**Petitioning Creditors**"), by and through their undersigned counsel, Schwartz Law, PLLC, hereby submits this Suggestion of Bankruptcy alerting this Court

of the fact that this case is subject to the automatic stay pursuant to 11 U.S.C. 362(a) because the filing of a petition under 11 U.S.C. 303 operates as a stay applicable to J&J Consulting Services, Inc. and to J and J Purchasing, LLC (the "**Alleged Debtors**").   On March 17, 2022, the Petitioning Creditors filed an involuntary bankruptcy petition against each of the Alleged Debtors in the United States Bankruptcy Court for the District of Nevada in the bankruptcy of In re: J&J Consulting Services, Inc., Case No. BK-S-22-10942-MKN, and In re J and J Purchasing, LLC, Case No. BK-S-22-10943-MKN.  See Involuntary Petitions for Relief, attached hereto as **Exhibit A**.

As set forth above, pursuant to section 362 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, the filing of the involuntary petitions pursuant to section 303 of the Bankruptcy Code, among other things, stays the commencement or continuation of a judicial, administrative, or other action or proceeding by or against the Alleged Debtors that was or could have been commenced before the filing of the petition or any act to obtain possession of or exercise control over property of the estate.

WHEREFORE, the Petitioning Creditors have filed involuntary bankruptcy petitions staying any further action in this proceeding against Defendants J&J Consulting Services, Inc. and J and J Purchasing, LLC.

Dated this 5th day of April, 2022.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com

*Bankruptcy Attorneys for Petitioning Creditors Anthony Bonifazio,*
*Keith Ozawa, Janelle Ozawa, Brian Schumann and Martin Keevin Cordova*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on  April 5, 2022 to the following:

Miles N. Clark, Esq., Counsel for Plaintiffs and Proposed Class
miles.clark@knepperclark.com

Eric H. Gibbs, Esq., Counsel for Plaintiffs and Proposed Class
ehg@classlawgroup.com

David K. Stein, Esq., Counsel for Plaintiffs and Proposed Class
ds@classlawgroup.com

Iudis Sominskaia, Esq., Counsel for Plaintiffs and Proposed Class
ids@classlawgroup.com

Scott L. Silver, Esq., Counsel for Plaintiffs and Proposed Class
ssilver@silverlaw.com

/s/ Susan Roman
Susan Roman, an employee of
Schwartz Law, PLLC

# Exhibit A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____ Chapter 11

☐ Check if this an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ☐ Chapter 7
   ☑ Chapter 11

**Part 2:** Identify the Debtor

2. **Debtor's name**    **J and J Purchasing, LLC**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**    ☑ Unknown

   EIN _____

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | **9 Sky Arc Court** | **7901 4th Street North** |
   | Number          Street | Number          Street |
   | | **Suite 300** |
   | | P.O. Box |
   | **Henderson**      **NV**      **89012** | **St. Petersburg**      **FL**      **33702** |
   | City          State      Zip Code | City          State      Zip Code |
   | **Clark County** | **Location of principal assets, if different from principal place of business** |
   | County | |
   | | Number          Street |
   | | City          State      Zip Code |

6. **Debtor's website** (URL)    _____

7. **Type of debtor**    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

Debtor   **J and J Purchasing, LLC**                                  Case number *(if known)* _____

- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.  Debtor _____   Relationship _____

| District | Date filed | Case number, if known |
|---|---|---|
| | MM / DD / YYYY | |

Debtor _____   Relationship _____

| District | Date filed | Case number, if known |
|---|---|---|
| | MM / DD / YYYY | |

---

**Part 3:   Report About the Case**

**10.   Venue**      *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.   Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.   Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13.   Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **SEE ATTACHED** | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $          1,990,000.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

---

**Part 4   Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Keith Ozawa**
_____
Name

**4105 Freel Peak Ct**
_____
Number     Street
**Las Vegas, NV 89129**
_____
City                    State         Zip Code

**Name and mailing address of petitioner's representative, if any**
_____
Name

_____
_____
Number     Street
_____
City                    State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **3/14/2022**
        _____
              MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
_____
Printed name

**Schwartz Law, PLLC**
_____
Firm name, if any
**601 East Bridger Avenue**
_____
Number     Street
**Las Vegas**                    **NV**         **89101**
_____
City                    State         Zip Code

Contact phone   **702-385-5544**   Email  **saschwartz@nvfirm.com**

Bar number   **10985**

State         **NV**
_____

**/s/ Samuel A. Schwartz**
_____
Signature of attorney
Date signed    **03/14/2022**
        _____
              MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |

| Petitioners or Petitioners' Representative | Attorneys |
| --- | --- |

**Name and mailing address of petitioner**
**Anthony Bonifazio**
_____
Name

**15 Holly Tree Court**
_____
Number     Street
**Henderson, Nevada 89052**
_____
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____

_____
Number     Street

_____
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/17/2022
                    _____
                    MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
_____
Printed name

**Schwartz Law, PLLC**
_____
Firm name, if any

**601 East Bridger Avenue**
_____
Number     Street

**Las Vegas**                         **NV**            **89101**
_____
City                              State          Zip Code

Contact phone   **702-385-5544**    Email  **saschwartz@nvfirm.com**
_____

Bar number   **10985**
_____

State          **NV**
_____

**/s/ Samuel A. Schwartz**
_____
Signature of attorney

Date signed   **03/17/2022**
                    _____
                    MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number *(if known)* |

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**
**Brian Schumann**
Name

**6250 Paseo Elegancia**
Number     Street
**Carlsbad CA 92009**
City                         State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                         State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on          **3/15/2022**
                              MM / DD / YYYY

*DocuSigned by:*
*Brian Schumann*
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number     Street
**Las Vegas**                    **NV**          **89101**
City                         State        Zip Code
Contact phone    **702-385-5544**   Email  **saschwartz@nvfirm.com**

Bar number    **10985**

State    **NV**

**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **03/14/2022**
                       MM / DD / YYYY

| Debtor | J and J Purchasing, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Darius F. Rafie**
Name

**10781 W. Twain Avenue**
Number      Street
**Las Vegas, Nevada 89135**
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name


Number      Street


City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    3/14/2022
                        MM / DD / YYYY

/s/ DoFRfe
DS: 7EEA38B1FC6D4E0...
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number      Street
**Las Vegas**                    **NV**        **89101**
City                              State          Zip Code
Contact phone   **702-385-5544**    Email   **saschwartz@nvfirm.com**

Bar number    **10985**

State         **NV**


**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **03/14/2022**
                        MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Martin Keevin Cordova**

Name

**9101 Alta Drive #1007**

Number        Street

**Las Vegas, Nevada 89145**

City                                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **3/16/2022**

　　　　　　　　MM / DD / YYYY

*DocuSigned by:*
*Marty Cordova*

Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**

Printed name

**Schwartz Law, PLLC**

Firm name, if any

**601 East Bridger Avenue**

Number        Street

**Las Vegas**　　　　　　　　**NV**　　　**89101**

City　　　　　　　　　　　　State　　Zip Code

Contact phone    **702-385-5544**    Email  **saschwartz@nvfirm.com**

Bar number    **10985**

State    **NV**

**/s/ Samuel A. Schwartz**

Signature of attorney

Date signed    **03/16/2022**

　　　　　　　　MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor   **J and J Purchasing, LLC**           Case number *(if known)* _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Keith Ozawa** | | $   **320,000.00** |
| **Anthony Bonifazio** | | $   **250,000.00** |
| **Brian Schumann** | | $   **200,000.00** |
| **Darius F. Rafie** | | $   **160,000.00** |
| **Martin Keevin Cordova** | | $   **880,000.00** |
| | Total of petitioners' claims | $   **1,990,000.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter 11

☐ Check if this an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**   *Check one:*

☐ Chapter 7
☑ Chapter 11

### Part 2:   Identify the Debtor

**2. Debtor's name**   J & J Consulting Services, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN _____

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
| --- | --- |
| **9 Sky Arc Court** | **2700 East Sunset Road** |
| Number          Street | Number          Street |
| | **Suite 9** |
| | P.O. Box |
| **Henderson**       **NV**     **89012** | **Las Vegas**       **NV**     **89008** |
| City          State     Zip Code | City          State     Zip Code |
| **Clark County** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number          Street |
| | |
| | City          State     Zip Code |

**6. Debtor's website** (URL)  _____

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**   *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J & J Consulting Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
☐ Railroad (as defined in 11 U.S.C. § 101(44)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
☑ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

---

## Part 3:  Report About the Case

**10.  Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13.  Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **SEE ATTACHED** | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 1,824,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

## Part 4  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Anthony Bonifazio**
_____
Name

**15 Holly Tree Court**
_____
Number      Street
**Henderson, Nevada 89052**
_____
City                          State          Zip Code

**Name and mailing address of petitioner's representative, if any**
_____
Name

_____

_____
Number      Street
_____
City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   3/17/2022
_____
                MM / DD / YYYY

[DocuSigned signature]
_____
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
_____
Printed name

**Schwartz Law, PLLC**
_____
Firm name, if any
**601 East Bridger Avenue**
_____
Number      Street

**Las Vegas**                    **NV**          **89101**
_____
City                          State          Zip Code

Contact phone   **702-385-5544**    Email   **saschwartz@nvfirm.com**
_____

Bar number   **10985**
_____

State   **NV**
_____

**/s/ Samuel A. Schwartz**
_____
Signature of attorney
Date signed   **03/17/2022**
_____
                MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | | Case number *(if known)* | |

| Petitioners or Petitioners' Representative | Attorneys |

**Name and mailing address of petitioner**
**Keith Ozawa**
Name

**4105 Freel Peak Ct**
Number        Street
**Las Vegas, NV 89129**
City                                    State            Zip Code

**Name and mailing address of petitioner's representative, if any**

Name


Number        Street

City                                    State            Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on        3/14/2022
                                MM / DD / YYYY

/s/ *Keith Ozawa*
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number        Street
**Las Vegas**                        **NV**            **89101**
City                                    State            Zip Code
Contact phone    **702-385-5544**    Email    **saschwartz@nvfirm.com**

Bar number    **10985**

State    **NV**


**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **03/14/2022**
                                MM / DD / YYYY

Debtor   **J & J Consulting Services, Inc.**                                              Case number *(if known)*

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Janelle Ozawa**
Name

**4105 Freel Peak Ct**
Number      Street
**Las Vegas, NV 89129**
City                          State            Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number      Street

City                          State            Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    3/14/2022
                            MM / DD / YYYY

DocuSigned by:

*Janell Ozan*

Signature of petitioner or representative, including representative's title

---

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number      Street
                                              **NV**        **89101**
City                              State        Zip Code

Contact phone   **702-385-5544**   Email  **saschwartz@nvfirm.com**

Bar number   **10985**

State   **NV**

**/s/ Samuel A. Schwartz**
Signature of attorney

Date signed   **03/14/2022**
                            MM / DD / YYYY

| Debtor | **J & J Consulting Services, Inc.** | | Case number *(if known)* |
|---|---|---|---|

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**Brian Schumann**
_____
Name

**6250 Paseo Elegancia**
_____
Number      Street
**Carlsbad CA 92009**
_____
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name


_____
Number      Street

_____
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on      3/15/2022
                _____
                MM / DD / YYYY

/s/ *Brian Schumann*
_____
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
_____
Printed name

**Schwartz Law, PLLC**
_____
Firm name, if any
**601 East Bridger Avenue**
_____
Number      Street
                                **NV**          **89101**
_____
**Las Vegas**
City                              State          Zip Code

Contact phone   **702-385-5544**   Email   **saschwartz@nvfirm.com**
_____

Bar number   **10985**
_____

State      **NV**
_____


**/s/ Samuel A. Schwartz**
_____
Signature of attorney
Date signed   **03/14/2022**
              _____
              MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number *(if known)* | |

| Petitioners or Petitioners' Representative | Attorneys |

**Name and mailing address of petitioner**
**Darius F. Rafie**
_____
Name

**10781 W. Twain Avenue**
_____
Number         Street
**Las Vegas, Nevada 89135**
_____
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**
_____
Name

_____

_____
Number         Street

_____
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   3/14/2022
                    _____
                    MM / DD / YYYY


_____
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
_____
Printed name

**Schwartz Law, PLLC**
_____
Firm name, if any
**601 East Bridger Avenue**
_____
Number     Street

**Las Vegas**                    **NV**          **89101**
_____
City                              State          Zip Code

Contact phone   **702-385-5544**   Email   **saschwartz@nvfirm.com**
_____

Bar number   **10985**
_____

State   **NV**
_____

**/s/ Samuel A. Schwartz**
_____
Signature of attorney
Date signed   **03/14/2022**
                    _____
                    MM / DD / YYYY

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **J & J Consulting Services, Inc.**                           Case number *(if known)* _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Anthony Bonifazio** | | $ 200,000.00 |
| **Keith Ozawa** | | $ 210,000.00 |
| **Janelle Ozawa** | | $ 175,000.00 |
| **Brian Schumann** | | $ 600,000.00 |
| **Darius F. Rafie** | | $ 639,000.00 |
| | Total of petitioners' claims | $ 1,824,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com