# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARRETT HENSEL, *et al.*, | |
| Plaintiffs, | Case No: 2:22-cv-00529-GMN-NJK |
| vs. | **ORDER** |
| WELLS FARGO BANK, N.A., | |
| Defendant, | |
| STANLEY ANN DOWDY, | |
| Plaintiff, | Case No.: 2:22-cv-00631-ART-DJA |
| vs. | **ORDER** |
| WELLS FARGO BANK, N.A., | |
| Defendant, | |
| PMM3, LLC, *et al.*, | |
| Plaintiff, | Case No.: 2:22-cv-00654-APG-NJK |
| vs. | **ORDER** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| ELIZABETH LEWIS, *et al.*, | |
| Plaintiff, | Case No.: 2:22-cv-00658-CDS-BNW |
| vs. | **ORDER** |
| WELLS FARGO BANK, N.A, *et al.*, | |
| Defendants. | |

**Order Transferring Actions to Single District Judge and Magistrate Judge**

In *Hensel v. Judd et. al*, Plaintiffs Barret Hensel, Bryce Bussey, Tina Guilder, and Anthony Guilder (collectively, "Plaintiffs") filed a Notice of Related Cases, stating that the above listed actions all "assert class claims against Wells Fargo Bank for its role in furthering an alleged Ponzi scheme operated by Matthew Beasley, Jeffrey Judd, and the Beasley Law Group through an Interest on Lawyers' Trust Account ("IOLTA") maintained at Wells Fargo." (*See* Notice of Related Cases, 1:17–19, ECF No. 25).  The claims in the above actions all concern the same investment fraud and are brought against the same defendant, Wells Fargo Bank, N.A.[1]

Local Rule 42-1(b) provides that "[u]nder Fed. R. Civ. P. 42(a), if actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.  The court may make a determination to consolidate actions sua sponte."  Because the four related actions involve the same questions of fact and similar questions of law, and their assignment to the same district and magistrate judge is likely to effect a substantial savings of judicial effort, the Court hereby transfers Case Nos. 2:22-cv-00631-ART-DJA,  2:22-cv-00654-APG-NJK, and 2:22-cv-00658-CDS-BNW to District Judge Gloria M. Navarro and Magistrate Judge Nancy Koppe for all further proceedings.

///

---

[1] Plaintiffs amended their Complaint in Case No. 22cv529, dismissing all previously named defendants and asserting claims only against Wells Fargo Bank, N.A. (*See* First Am. Compl., ECF No. 22).

1   **IT IS HEREBY ORDERED** that the Clerk of Court transfer and reassign Case Nos. 2:22-cv-00631-ART-DJA, 2:22-cv-00654-APG-NJK, and 2:22-cv-00658-CDS-BNW to District Judge Gloria M. Navarro and Magistrate Judge Nancy Koppe for all further proceedings.

**DATED** this __10__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court

_____
Anne R. Traum, District Judge
United States District Court

_____
Andrew P. Gordon, District Judge
United States District Court

_____
Cristina D. Silva, District Judge
United States District Court