# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARRETT HENZEL, BRYCE BUSSEY, ALLAN CARSO, TINA GUILDER, ANTHONY GUILDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association formed in Delaware<br><br>Defendants. | Case No. 2:22-cv-00529- GMN-NJK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiffs Barrett Henzel, Bryce Bussey, Allan Carso, Tina Guilder, Anthony Guilder ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the deadline for Wells Fargo to respond to the Complaint by thirty (30) days, or up to and until July 5, 2022. Absent the extension, the deadline for Wells Fargo to answer or otherwise

-1-

respond to the Complaint is June 3, 2022.  This is the first request by the Parties for an extension of this deadline. This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate the schedules of counsel and their client in preparing a response to the Complaint, and will give counsel time to consider the merits of consolidation with the related matters.

| Dated this 27th day of May, 2022. | Dated this 27th day of May, 2022. |
|---|---|
| **HOLLAND & HART** | **Knepper & Clark LLC** |
| By: */s/ Sydney R. Gambee*<br>    Joseph G. Went, NV Bar #9220<br>    Sydney R. Gambee, NV Bar #14201<br>    HOLLAND & HART LLP<br>    9555 Hillwood Drive, 2nd Floor<br>    Las Vegas, NV 89134<br><br>    K. Issac deVyver (*pro hac vice*)<br>    Alicia A. Baiardo (*pro hac vice*)<br>    Anthony Q. Le (*pro hac vice*)<br>    MCGUIREWOODS<br>    1800 Century Park East, 8th Floor<br>    Los Angeles, CA 90067<br><br>*Attorneys for Wells Fargo Bank, N.A* | By: */s/ David K. Stein*<br>    Miles N. Clark<br>    Nevada Bar No. 13848<br>    5510 S. Fort Apache Rd., Suite 30<br>    Las Vegas, NV 89148-7700<br><br>    Eric H. Gibbs (*pro hac vice*)<br>    David K. Stein (*pro hac vice*)<br>    Iudis Sominskaia (*pro hac vice*)<br>    505 14th St., Oakland, CA 94612<br><br>    Scott L. Silver (*pro hac vice*)<br>    11780 W. Sample Road<br>    Coral Springs, Florida 33065<br><br>*Attorney for Plaintiffs* |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the Parties' stipulation above, Defendant Wells Fargo shall have thirty (30) days, or until July 5, 2022, to file its response to the Complaint.

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: May 31, 2022