**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No. 2:22-cv-00529-GMN-NJK |
| | **SCHEDULING ORDER** |
| | LR 7-1, LR IA 6-2 |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiffs in the above-captioned actions ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") jointly stipulate as follows:

WHEREAS, on June 3, 2022, the Court entered an order consolidating four class actions into this lead case and appointing Plaintiffs' Interim Co-Lead Counsel and Liaison Counsel;

WHEREAS, the Court further ordered that Plaintiffs file a consolidated amended complaint within 30 days of the June 3 Order and Defendant file a responsive pleading within 30 days after Plaintiffs' filing;

WHEREAS, on June 22, 2022, the Parties stipulated to (1) holding the Fed. R. Civ. P. 26(f) conference within 30 days of Plaintiffs' filing of their consolidated amended complaint and

(2) submitting a Stipulated Discovery Plan and Scheduling Order within 14 days of holding the conference in accordance with LR 26-1 ("Stipulation Regarding Discovery");

WHEREAS, on June 24, 2022, the Court signed the Stipulation Regarding Discovery;

WHEREAS, the Parties held a Fed. R. Civ. P. 26(f) conference telephonically on August 4, 2022, and a subsequent conference on August 17, 2022, and have exchanged multiple drafts of the Stipulated Discovery Plan and Scheduling Order;

WHEREAS, pursuant to the Parties' Stipulation Regarding Discovery and in accordance with LR 26-1, the Stipulated Discovery Plan and Scheduling Order is due August 18, 2022;

WHEREAS, after meeting in good faith, the Parties agree that the deadline to file the Stipulated Discovery Plan and Scheduling Order should be extended by one week to August 25, 2022, so that the Parties can continue negotiating a discovery plan and schedule;

WHEREAS, the parties agree that this stipulation does not waive any party's right to take discovery or to object to discovery or seek a stay of discovery at any time for any reason; and

WHEREAS, the Parties reached this stipulation in good faith, in the interest of avoiding unnecessary motion practice, and not for purposes of delay.

NOW THEREFORE, the Parties hereby stipulate, and respectfully request that the Court order, as follows:

1. The Parties will submit a Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on August 25, 2022.
2. This stipulation does not waive any party's right to take discovery or object to discovery or seek a stay of discovery at any time for any reason.

**IT IS SO ORDERED.**

Dated: August 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge