| | |
|---|---|
| Eric H. Gibbs (pro hac vice) | Daniel C. Girard (pro hac vice) |
| David K. Stein (pro hac vice) | Jordan Elias (pro hac vice) |
| **GIBBS LAW GROUP LLP** | Makenna Cox (pro hac vice) |
| 1111 Broadway, Suite 2100 | **GIRARD SHARP LLP** |
| Oakland, California 94607 | 601 California Street, Suite 1400 |
| (510) 350-9700 (tel.) | San Francisco, California 94108 |
| (510) 350-9701 (fax) | (415) 981-4800 (tel.) |
| ehg@classlawgroup.com | (415) 981-4846 (fax) |
| ds@classlawgroup.com | dgirard@girardsharp.com |
| | jelias@girardsharp.com |
| | mcox@girardsharp.com |

Interim Co-Lead Counsel

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *IN RE: J&J INVESTMENT LITIGATION* | Case No. 2:22-cv-00529-GMN-NJK |
| | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| | Assigned for All Purposes to: Hon. Gloria M. Navarro |

**TO: ALL PARTIES OF INTEREST AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Iudis Sominskaia is no longer associated with Gibbs Law Group LLP, which is one of the firms serving as Interim Co-Lead Counsel for Plaintiffs. Accordingly, Ms. Sominskaia can be removed from the service list for this case.

Eric H. Gibbs and David K. Stein of Gibbs Law Group LLP will continue to represent Plaintiffs as Interim Co-Lead Counsel.

| | |
|---|---|
| September 8, 2022 | Respectfully submitted, |
| | By: *Miles N. Clark* |
| | Miles N. Clark (NBN 13848) |
| | **KNEPPER & CLARK LLC** |
| | 5510 S. Fort Apache Rd., Suite 30 |
| | Las Vegas, NV 89148-7700 |
| | (702) 856-7430 |
| | miles.clark@knepperclark.com |
| | *Liaison Counsel* |
| | Eric H. Gibbs (pro hac vice) |
| | David K. Stein (pro hac vice) |
| | **GIBBS LAW GROUP LLP** |
| | 1111 Broadway, Suite 2100 |
| | Oakland, CA 94607 |
| | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |
| | ds@classlawgroup.com |
| | ehg@classlawgroup.com |
| | Daniel C. Girard (pro hac vice) |
| | Jordan Elias (pro hac vice) |
| | Makenna Cox (pro hac vice) |
| | **GIRARD SHARP LLP** |
| | 601 California Street, Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | Facsimile: (415) 981-4846 |
| | dgirard@girardsharp.com |
| | jelias@girardsharp.com |
| | mcox@girardsharp.com |

IT IS SO ORDERED.
Dated:  September 27, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

Notice of Disassociation of Counsel - No. 2:22-cv-00529-GMN-NJK

| | |
|---|---|
| 1 | Jeffrey C. Schneider (pro hac vice) |
| 2 | Jason K. Kellogg (pro hac vice) |
|   | Marcelo Diaz-Cortes (pro hac vice) |
| 3 | **LEVINE KELLOGG LEHMAN** |
|   | **SCHNEIDER + GROSSMAN LLP** |
| 4 | 201 South Biscayne Blvd. |
|   | Citigroup Center, 22nd Floor |
| 5 | Miami, FL 33131 |
| 6 | Telephone: (305) 403-8788 |
|   | Facsimile: (305) 403-8789 |
| 7 | jcs@lklsg.com |
|   | jk@lklsg.com |
| 8 | md@lklsg.com |
| 9 | Robert L. Brace (pro hac vice) |
|   | Maria Fernanda Elosu (pro hac vice) |
| 10 | **LAW OFFICES OF ROBERT L. BRACE** |
|    | 1807 Santa Barbara St. |
| 11 | Santa Barbara, CA 93101 |
| 12 | Telephone: (805) 886-8458 |
|    | rlbrace@rusty.lawyer |
| 13 | mariaelosulaw@gmail.com |
| 14 | *Interim Co-Lead Counsel* |