Eric H. Gibbs (pro hac vice)
David K. Stein (pro hac vice)
Emily Beale (pro hac vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
ds@classlawgroup.com
eb@classlawgroup.com

Daniel C. Girard (pro hac vice)
Jordan Elias (pro hac vice)
Makenna Cox (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
(415) 981-4800 (tel.)
(415) 981-4846 (fax)
dgirard@girardsharp.com
jelias@girardsharp.com
mcox@girardsharp.com

Interim Co-Lead Counsel

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *IN RE: J&J INVESTMENT LITIGATION* | Case No. 2:22-cv-00529-GMN-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:    The Hon. Gloria M. Navarro<br><br>              The Hon. Nancy J. Koppe |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Philomena Moloney, Travis Goldrup, Tina Guilder, Anthony Guilder, Stanley Ann Dowdy, PMM3 LLC, Fortress Protection LLC, Elizabeth Lewis, California Cabinet Distributors Inc., Bryce Bussey, and Better Hitting, Inc., hereby voluntarily dismiss their claims against Defendant Wells Fargo, N.A., without prejudice. This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiff to this litigation.

Dated: February 4, 2023

Respectfully submitted,

By: /s/ Miles N. Clark

Miles N. Clark (NBN 13848)
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
miles@milesclarklaw.com

*Liaison Counsel*

Daniel C. Girard (pro hac vice)
Jordan Elias (pro hac vice)
Makenna Cox (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
mcox@girardsharp.com

Eric Gibbs (pro hac vice)
David K. Stein (pro hac vice)
Emily Beale (pro hac vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com

eg@classlawgroup.com
eb@classlawgroup.com

Jeffrey C. Schneider (pro hac vice)
Jason K. Kellogg (pro hac vice)
Marcelo Diaz-Cortes (pro hac vice)
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
jcs@lklsg.com
jk@lklsg.com
md@lklsg.com

Robert L. Brace (pro hac vice)
Maria F. Elosu (pro hac vice)
**LAW OFFICES OF ROBERT L. BRACE**
1807 Santa Barbara St.
Santa Barbara, CA 93101
Telephone: (805) 886-8458
rlbrace@rusty.lawyer
mariaelosulaw@gmail.com

*Interim Co-Lead Counsel*