Eric H. Gibbs (*pro hac vice*)
David Stein (*pro hac vice*)
Emily Beale (*pro hac vice*)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
ds@classlawgroup.com
eb@classlawgroup.com

Daniel C. Girard (*pro hac vice*)
Jordan Elias (*pro hac vice*)
Tom Watts (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
(415) 981-4800 (tel.)
(415) 981-4846 (fax)
dgirard@girardsharp.com
jelias@girardsharp.com
tom@girardsharp.com

*Interim Co-Lead Counsel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| *In re: J&J Investment Litigation* | Case No. 2:22-cv-00529-GMN-NJK |
| | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| | Assigned for All Purposes to: The Hon. Gloria M. Navarro |

PLEASE TAKE NOTICE that Kyla Gibboney is no longer associated with Gibbs Law Group LLP, which is one of the firms serving as Interim Co-Lead Counsel for Plaintiffs. Accordingly, Ms. Gibboney can be removed from the service list for this case.

Eric H. Gibbs, Dave Stein, and Emily Beale of Gibbs Law Group LLP will continue to represent Plaintiffs as Interim Co-Lead Counsel, together with the other law firms serving as Interim Co-Lead Counsel.

Dated: January 31, 2024                              By: */s/ David Stein*_____

Eric H. Gibbs (pro hac vice)
David Stein (pro hac vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com
ehg@classlawgroup.com

Emily Beale (pro hac vice)
**GIBBS LAW GROUP LLP**
43 West 43rd Street, Suite 52
New York, NY 10036
Phone: (510) 340-4732
Fax: (510) 350-9701
eb@classlawgroup.com

*Interim Co-Lead Counsel*

IT IS SO ORDERED.
Dated:  February 1, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

NOTICE OF DISASSOCIATION OF COUNSEL
No.: 2:22-cv-00529-GMN-NJK