# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE J&J INVESTMENT LITIGATION | Case No. 2:22-cv-00529-GMN-NJK <br> **Order** <br> [Docket No. 144] |

Pending before the Court is Defendant's notice of intent to serve subpoenas duces tecum. Docket No. 144.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court.  *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: June 25, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1