Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-669-4600
Fax: 702-669-4650
jgwent@hollandhart.com
srgambee@hollandhart.com

K. Issac deVyver (*pro hac vice*)
Alicia A. Baiardo (*pro hac vice*)
Anthony Q. Le (*pro hac vice*)
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Phone: 415.844.9944
Fax: 415.844.9922
KdeVyver@mcguirewoods.com
ABaiardo@mcguirewoods.com
ALe@mcguirewoods.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| *In re J&J Investment Litigation* | Case No.: 2:22-cv-00529-GMN-NJK |
| GEOFF WINKLER, as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; and J and J Purchasing LLC, Florida limited liability company,<br><br>        Plaintiff,<br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.: 2:23-cv-00703-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

Pursuant to LR 7-1, LR IA 6-1, and LR IA 6-2, Plaintiffs in the above-captioned actions ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") jointly stipulate concerning Plaintiffs' Motion to Compel (ECF No. 148, Case No. 2:22-cv-00529 ("Class Action"); ECF No. 72, Case No. 2:23-cv-00703 ("Receiver Action")) ("Motion to Compel") and Motion to Redact (ECF No. 147, Case No. 2:22-cv-00529; ECF No. 73, Case No. 2:23-cv-00703) ("Motion to Redact"; collectively, with the Motion to Compel, the "Motions") filed on October 2 and October 3, 2024 as follows:

WHEREAS, on October 2 and October 3, 2024, Plaintiffs filed the Motion to Compel in the Class Action and the Receiver Action, respectively;

WHEREAS, on October 2 and October 3, 2024, Plaintiffs filed an associated Motion to Redact in the Class Action and the Receiver Action, respectively[1];

WHEREAS, Wells Fargo's response to Plaintiffs' Motion to Compel is currently due on October 16, 2024;

WHEREAS, Wells Fargo requests an extension of time to respond to the Motion to Compel up to and including October 23, 2024, on the basis of the following: (1) Plaintiffs' Motion to Compel places at issue approximately twenty discovery requests served by the Plaintiffs in each action, outlining more than seven issues, and including more than a thousand of pages of exhibits in support, some of which have been filed under seal [*see* Motion to Compel]; (2) During the month of October, there are five depositions scheduled to take place that require significant time and preparation, including travel, as well as the deadline for disclosure of expert reports; and (3)

---

[1] The Parties dispute when Wells Fargo's response to Plaintiffs' Motion to Redact is currently due given the content of the Motion to Redact.  Plaintiffs interpret the Court's orders to provide that Wells Fargo's response to Plaintiffs' Motion to Redact is currently due today, on October 9, 2024 (*see* ECF No. 57 at 2, Case No. 2:22-cv-00529).  Wells Fargo contends that its response to Plaintiffs' Motion to Redact is due on October 16, 2024, since the time limitations set forth in the Court's Order (ECF. 57) are not applicable.  Specifically, Wells Fargo believes ECF No. 57 does not apply since (1) Plaintiffs filed the Motion to Redact based on Wells Fargo's confidentiality designations *and* Matthew Beasley's confidentiality designations, and (2) all Parties have an equal obligation to keep sensitive personally identifiable information (PII), like social security numbers, under seal (*see* ECF No. 57 at 2, Case No. 2:22-cv-00529).  Thus, Wells Fargo's confidentiality designations are not the "sole ground for the motion to seal."  Nonetheless, out of an abundance of caution, Wells Fargo is responding to the Motions to Redact today.

1
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00529-GMN-NJK

The discovery sought to be compelled is wide ranging and follows extensive meet and confer conversations that took place over multiple months in some cases;

WHEREAS, Plaintiffs, without conceding the accuracy of Wells Fargo's characterizations, do not object to the extension of time to respond, provided that their reply deadline to the Motion to Compel be extended 3 business days up to and including November 4, 2024, so that the reply deadline not fall on a day consecutive to the deadline for expert disclosures, which currently is scheduled for October 31, 2024 (*see* ECF No. 138, Case No. 2:22-cv-00529; ECF No. 52, Case No. 2:23-cv-00703);

WHEREAS, this is the first stipulation for extension of time to file opposition and reply briefs related to the Motion to Compel;

WHEREAS, the Parties reached this stipulation in good faith in order to provide sufficient time to appropriately present their positions to this Court and not for purposes of delay.

NOW THEREFORE, the parties stipulate as follows, subject to the Court's approval:

The briefing schedule concerning the Motion to Compel be as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| 1. Wells Fargo's Opposition to Plaintiffs' Motion to Compel | October 16, 2024 | October 23, 2024 |
| 2. Plaintiffs' Reply in Support of the Motion to Compel | October 23, 2024 | November 4, 2024 |

Dated: October 9, 2024

By: */s/ Miles Clark*
Miles N. Clark (NBN 13848)
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
miles@milesclarklaw.com
*Liaison Counsel*

IT IS SO ORDERED.
Dated:  October 10, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00529-GMN-NJK

|     |     |
| --- | --- |
| 1   |     |
| 2   | By: */s/ Tom Watts* |
| 3   | Daniel C. Girard (pro hac vice)<br>Jordan Elias (pro hac vice) |
| 4   | Tom Watts (pro hac vice)<br>**GIRARD SHARP LLP** |
| 5   | 601 California Street, Suite 1400<br>San Francisco, California 94108 |

By: */s/ Tom Watts*
Daniel C. Girard (pro hac vice)
Jordan Elias (pro hac vice)
Tom Watts (pro hac vice)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
tomw@girardsharp.com

By: */s/ Eric Gibbs*
Eric Gibbs (pro hac vice)
David K. Stein (pro hac vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com
eg@classlawgroup.com

Emily Beale (pro hac vice)
**GIBBS LAW GROUP LLP**
43 W 43rd Street, Suite 52
New York, NY 10036
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
eb@classlawgroup.com

By: */s/ Robert Brace*
Robert L. Brace (pro hac vice)
**LAW OFFICES OF ROBERT L. BRACE**
1807 Santa Barbara St.
Santa Barbara, CA 93101
Telephone: (805) 886-8458
rlbrace@rusty.lawyer
*Interim Co-Lead Counsel*

By: */s/ Jarrod Rickard*
**SEMENZA RICKARD LAW**
Jarrod L. Rickard, Bar No. 10203
Email: jlr@semenzarickard.com

3
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00529-GMN-NJK

|   |   |
|---|---|
| 1 | Katie L. Cannata, Bar No. 14848 |
| 2 | Email: klc@semenzarickard.com |
|   | 10161 Park Run Drive, Suite 150 |
| 3 | Las Vegas, Nevada 89145 |
|   | Telephone: (702) 835-6803 |
| 4 | Facsimile: (702) 920-8669 |

By: /s/ *Jeffrey Schneider*
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Jeffrey C. Schneider (pro hac vice)
jcs@lklsg.com
Jason K. Kellogg (pro hac vice)
jk@lklsg.com
Marcelo Diaz-Cortes (pro hac vice)
md@lklsg.com
100 SE 2nd Street
Miami Tower, 36th Floor
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

*Attorneys for the Receiver*


By: /s/ *Joseph Went*
Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
srgambee@hollandhart.com


By: /s/ *Alicia Baiardo*
K. Issac deVyver (*pro hac vice*)
Alicia A. Baiardo (*pro hac vice*)
Anthony Q. Le (*pro hac vice*)
**MCGUIREWOODS**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310.315.8200
Fax: 310.315.8210

KdeVyver@mcguirewoods.com
ABaiardo@mcguirewoods.com
ALe@mcguirewoods.com

*Attorneys for Wells Fargo Bank, N.A.*