**APPENDIX A**

| [Class Action] Subject information identified by docket number, page, and line | [Receiver Action] Subject information identified by docket number, page, and line | Party seeking secrecy and argument for sealing or redacting | Citation to evidence (with pin-citation to specific paragraph in declaration) for sealing or redacting | Responsive argument or statement of nonopposition | Court ruling |
|---|---|---|---|---|---|
| 148-3 [Ex. 200]<br>App. Vol. III, Pages 530-531<br>WF_JJ_00096618-<br>WF_JJ_00096619 | 72-3 [Ex. 200]<br>App. Vol. III, Pages 530-531<br>WF_JJ_00096618-<br>WF_JJ_00096619 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(a) | Plaintiffs take no position but agree PII should be redacted. | |
| 148-4 [Ex. 201]<br>App. Vol. IV, Pages 532-619<br>WF_JJ_00050207-<br>WF_JJ_00050293 | 72-4 [Ex. 201]<br>App. Vol. IV, Pages 532-619<br>WF_JJ_00050207-<br>WF_JJ_00050293 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(b) | Plaintiffs take no position but agree PII should be redacted. | |
| 148-4 [Ex. 202]<br>App. Vol. IV, Pages 621-622<br>WF_JJ_00085741 | 72-4 [Ex. 202]<br>App. Vol. IV, Pages 621-622<br>WF_JJ_00085741 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(c) | Plaintiffs take no position but agree PII should be redacted. | |
| 148-4 [Ex. 203]<br>App. Vol. IV, Pages 624-641<br>WF_JJ_00045256 | 72-4 [Ex. 203]<br>App. Vol. IV, Pages 624-641<br>WF_JJ_00045256 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(d) | Plaintiffs take no position but agree PII should be redacted. | |
| 148-6 [Ex. 204] Redacted<br>App. Vol. V, Pages 643-856<br>WF_JJ_001014814 | 72-6 [Ex. 204] Redacted<br>App. Vol. V, Pages 643-856<br>WF_JJ_001014814 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Remain in redacted form as filed*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(e) | Plaintiffs take no position but agree PII should be redacted. | |
| 148-7 [Ex. 208]<br>App. Vol. VII, Pages 1091-1095<br>WF_JJ_00086381 | 72-7 [Ex. 208]<br>App. Vol. VII, Pages 1091-1095<br>WF_JJ_00086381 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(f) | Plaintiffs take no position but agree PII should be redacted. | |
| 148-7 [Ex. 213]<br>App. Vol. VII, Pages 1123-1124<br>WF_JJ_00098496-<br>WF_JJ_00098497 | 72-7 [Ex. 213]<br>App. Vol. VII, Pages 1123-1124<br>WF_JJ_00098496-<br>WF_JJ_00098497 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal*]; Redactions to Third Party PII & Financial Information (§ III.B.) | DiCaprio Decl. ¶¶ 5-10, 11(g) | Plaintiffs take no position but agree PII should be redacted. | |
| 172-4 [Ex. O]<br>Page 4, line 11-Page 5, line 17;<br>Page 7, line 26-Page 13, line 4;<br>Page 15, line 2-Page 16, line 16;<br>Page 17, lines 6-20;<br>Page 8, lines 4-15 | 120-4 [Ex. O]<br>Page 4, line 11-Page 5, line 17;<br>Page 7, line 26-Page 13, line 4;<br>Page 15, line 2-Page 16, line 16;<br>Page 17, lines 6-20;<br>Page 8, lines 4-15 | **Wells Fargo**<br>Wells Fargo's Proprietary Information (§ III.A.) [*Seal or Redact entirety of ¶¶ 10-12, 19-37, 46-51, and 55-57*]; Redactions to Third Party PII & Financial Information (§ III.B.) [*Redact ¶¶ 20-21*] | DiCaprio Decl. ¶¶ 5-10, 15 | The Receiver disputes his Declaration summarizes or reflects Wells Fargo's confidential information. Class Plaintiffs take no position but agree PII should be redacted. | |
| 148-1 [Ex. 5]<br>App. Vol. I, Pages 132-137<br>(Appendix A - Search Terms) | 72-1 [Ex. 5]<br>App. Vol. I, Pages 132-137<br>(Appendix A - Search Terms) | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Redact entirety of pp. 9-14*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |

**APPENDIX A**

| [Class Action] Subject information identified by docket number, page, and line | [Receiver Action] Subject information identified by docket number, page, and line | Party seeking secrecy and argument for sealing or redacting | Citation to evidence (with pin-citation to specific paragraph in declaration) for sealing or redacting | Responsive argument or statement of nonopposition | Court ruling |
|---|---|---|---|---|---|
| 148-1 [Ex. 15]<br>App. Vol. 1, Pages 223-224<br>"Term" column | 72-1 [Ex. 15]<br>App. Vol. 1, Pages 223-224<br>"Term" column | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Redact "Term" column of chart on pp. 1-2*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 148-2 [Ex. 101] (requires redactions to Plaintiffs' inadvertent public filing)<br>Pages 141-160<br>160-1 [Ex. 101]<br>Pages 141-160 | 72-2 [Ex. 101] (requires redactions to Plaintiffs' inadvertent public filing)<br>Pages 141-160<br>105-1 [Ex. 101]<br>Pages 141-160 | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Redact entirety of pp. 141-160*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 156-1 [Ex. A]<br>Pages 4-11<br>(Exhibit A - Updated Search Term List) | 101-1 [Ex. A]<br>Pages 4-11<br>(Exhibit A - Updated Search Term List) | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Redact entirety of pp. 4-11*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 172-4 [Ex. A]<br>Page 10, line 25 | 120-4 [Ex. A]<br>Page 10, line 25 | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Leave in redacted form as filed*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 172-4 [Ex. B]<br>Page 37, line 17 | 120-4 [Ex. B]<br>Page 37, line 17 | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Leave in redacted form as filed*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 172-4 [Ex. C]<br>Redactions on<br>Page 4, text after "with" in last sentence of second full paragraph;<br>Page 7, first full paragraph, lines 2, 5 and 7 | 120-4 [Ex. C]<br>Redactions on<br>Page 4, text after "with" in last sentence of second full paragraph;<br>Page 7, first full paragraph, lines 2, 5 and 7 | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Leave in redacted form as filed*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 172-4 [Ex. D]<br>Redactions on<br>Page 5, last paragraph,<br>lines 2-3, 4;<br>Page 5, footnote 3, first line, word between "on" and "stems" | 120-4 [Ex. D]<br>Redactions on<br>Page 5, last paragraph,<br>lines 2-3, 4;<br>Page 5, footnote 3, first line, word between "on" and "stems" | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Leave in redacted form as filed*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |
| 172-4 [Ex. E]<br>Redactions on Page 5,<br>third full paragraph lines 3-4, 6 | 120-4 [Ex. E]<br>Redactions on Page 5,<br>third full paragraph lines 3-4, 6 | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 [*Leave in redacted form as filed*] | Redactions to Third Party PII pursuant to FRCP 5.2(a) and LRIC 6.1 | Parties agree PII should be redacted. | |

**APPENDIX A**

| [Class Action] Subject information identified by docket number, page, and line | [Receiver Action] Subject information identified by docket number, page, and line | Party seeking secrecy and argument for sealing or redacting | Citation to evidence (with pin-citation to specific paragraph in declaration) for sealing or redacting | Responsive argument or statement of nonopposition | Court ruling |
|---|---|---|---|---|---|
| 148-1 [Ex. 8]<br>App. Vol I, Page 154,<br>first two full paragraphs<br>App. Vol. I, Page 155,<br>first full paragraph | 72-1 [Ex. 8]<br>App. Vol I, Page 154,<br>first two full paragraphs<br>App. Vol. I, Page 155,<br>first full paragraph | **Wells Fargo**<br>Meet and Confer Discussions Concerning Wells Fargo's Proprietary Information (§ III.C.) [*Redact first two full paragraphs on p. 2 and first full paragraph on p. 3*];<br>Containing Third Party PII & Financial Information (§ III.B.) [*Redact accordingly*] | DiCaprio Decl. ¶¶ 5-10, 13 | Plaintiffs take no position but agree PII should be redacted. | |
| 148-3 [Ex. 107]<br>App. Vol. III, Page 481,<br>names and account numbers listed<br>App. Vol. III, Page 484,<br>first full paragraph | 72-3 [Ex. 107]<br>App. Vol. III, Page 481,<br>names and account numbers listed<br>App. Vol. III, Page 484,<br>first full paragraph | **Wells Fargo**<br>Meet and Confer Discussions Concerning Wells Fargo's Proprietary Information (§ III.C.) [*Redact names and account numbers in list on p. 3 and first full paragraph on p. 6*];<br>Containing Third Party PII & Financial Information (§ III.B.) [*Redact accordingly*] | DiCaprio Decl. ¶¶ 5-10, 13 | Plaintiffs take no position but agree PII should be redacted. | |
| 148-3 [Ex. 110]<br>App. Vol. III, Page 500,<br>first two full paragraphs | 72-3 [Ex. 110]<br>App. Vol. III, Page 500,<br>first two full paragraphs | **Wells Fargo**<br>Meet and Confer Discussions Concerning Wells Fargo's Proprietary Information (§ III.C.) [*Redact first two full paragraphs on p. 2*];<br>Containing Third Party PII & Financial Information (§ III.B.) [*Redact accordingly*] | DiCaprio Decl. ¶¶ 5-10, 13 | Plaintiffs take no position but agree PII should be redacted. | |
| 156-1 [Ex. F]<br>Entire document, Pages 1-7 ;<br>Alternatively, redact Page 1, body of K. Johnson email sent September 26, 2024 1:54:42 PM | 101-1 [Ex. F]<br>Entire document, Pages 1-7;<br>Alternatively, redact Page 1, body of K. Johnson email sent September 26, 2024 1:54:42 PM | **Wells Fargo**<br>Meet and Confer Discussions Concerning Wells Fargo's Proprietary Information (§ III.C.) [*Seal; alternatively, redact body of K. Johnson email on p. 1*];<br>Containing Third Party PII & Financial Information (§ III.B.) [*Redact accordingly*] | DiCaprio Decl. ¶¶ 5-10, 13 | Plaintiffs take no position but agree PII should be redacted. | |
| 156-1 [Ex. I]<br>Pages 2-3 | 101-1 [Ex. I]<br>Pages 2-3 | **Wells Fargo**<br>Meet and Confer Discussions Concerning Wells Fargo's Proprietary Information (§ III.C.) [*Redact pp. 2-3*];<br>Containing Third Party PII & Financial Information (§ III.B.) [*Redact accordingly*] | DiCaprio Decl. ¶¶ 5-10, 13 | Plaintiffs take no position but agree PII should be redacted. | |

**APPENDIX A**

| [Class Action] Subject information identified by docket number, page, and line | [Receiver Action] Subject information identified by docket number, page, and line | Party seeking secrecy and argument for sealing or redacting | Citation to evidence (with pin-citation to specific paragraph in declaration) for sealing or redacting | Responsive argument or statement of nonopposition | Court ruling |
|---|---|---|---|---|---|
| 156-1 [Ex. L]<br>Pages 1-7;<br>Alternatively, redact entirety of Pages 2-3 with remainder and first full paragraph on Page 4;<br>Page 5, third full paragraph;<br>Page 6, last full paragraph | 101-1 [Ex. L]<br>Pages 1-7;<br>Alternatively, redact entirety of Pages 2-3 with remainder and first full paragraph on Page 4;<br>Page 5, third full paragraph;<br>Page 6, last full paragraph | **Wells Fargo**<br>Meet and Confer Discussions Concerning Wells Fargo's Proprietary Information (§ III.C.) [*Seal; alternatively, redact entirety of pp. 2-3 with remainder and first full paragraph on p. 4, third full paragraph on p. 5, and last full paragraph on p. 6*]; Containing Third Party PII & Financial Information (§ III.B.) [*Redact accordingly*] | DiCaprio Decl. ¶¶ 5-10, 13 | Plaintiffs take no position but agree PII should be redacted. | |
| 156-1 [Ex. G]<br>Page 16, lines 9-13;<br>Page 41, line 9-Page 42, line 25;<br>Page 88, lines 10-19;<br>Page 125, line 22-Page 126, line 5;<br>Page 164, lines 16-24 | 101-1 [Ex. G]<br>Page 16, lines 9-13;<br>Page 41, line 9-Page 42, line 25;<br>Page 88, lines 10-19;<br>Page 125, line 22-Page 126, line 5;<br>Page 164, lines 16-24 | **Wells Fargo**<br>Deposition Testimony Concerning Wells Fargo's Proprietary Information (§ III.D.) [*File Excerpt Under Seal*] | DiCaprio Decl. ¶¶ 5-10, 12 | Plaintiffs take no position. | |
| 156-1 [Ex. H]<br>Page 34, lines 2-6 (Rough);<br>Page 37, lines 15-19 (Final) | 101-1 [Ex. H]<br>Page 34, lines 2-6 (Rough);<br>Page 37, lines 15-19 (Final) | **Wells Fargo**<br>Deposition Testimony Concerning Wells Fargo's Proprietary Information (§ III.D.) [*Publicly file excerpt of only cited testimony*] | DiCaprio Decl. ¶¶ 5-10, 12 | Plaintiffs take no position. | |
| 156-1 [Ex. K]<br>Page 285, line 16-Page 286, line 17 | 101-1 [Ex. K]<br>Page 285, line 16-Page 286, line 17 | **Wells Fargo**<br>Deposition Testimony Concerning Wells Fargo's Proprietary Information (§ III.D.) [*Publicly file excerpt of only cited testimony*] | DiCaprio Decl. ¶¶ 5-10, 12 | Plaintiffs take no position. | |
| 161-2 [Ex. 214]<br>Page 150, line 1-Page 165, line 25 | 108-2 [Ex. 214]<br>Page 150, line 1-Page 165, line 25 | **Wells Fargo**<br>Deposition Testimony Concerning Wells Fargo's Proprietary Information (§ III.D.) [*Seal*] | DiCaprio Decl. ¶¶ 5-10, 12 | Plaintiffs take no position. | |
| 165-1 [Ex. 1]<br>Page 155, line 1-Page 158, line 25;<br>Page 177, lines 1-25;<br>Page 188, lines 1-25 | 113-1 [Ex. 1]<br>Page 155, line 1-Page 158, line 25;<br>Page 177, lines 1-25;<br>Page 188, lines 1-25 | **Wells Fargo**<br>Deposition Testimony Concerning Wells Fargo's Proprietary Information (§ III.D.) [*File Excerpt Under Seal*] | DiCaprio Decl. ¶¶ 5-10, 12 | Plaintiffs take no position. | |

**APPENDIX A**

| [Class Action] Subject information identified by docket number, page, and line | [Receiver Action] Subject information identified by docket number, page, and line | Party seeking secrecy and argument for sealing or redacting | Citation to evidence (with pin-citation to specific paragraph in declaration) for sealing or redacting | Responsive argument or statement of nonopposition | Court ruling |
|---|---|---|---|---|---|
| 148<br>Redactions on<br>Page 2, lines 1-3, 17;<br>Page 7, lines 7-9, 15-17;<br>Page 9, lines 3-4;<br>Page 10, lines 11, 13-15, 19-21, 25-26;<br>Page 12, lines 23-24;<br>Page 13, lines 24-25;<br>Page 14, lines 2-3, 28 | 72<br>Redactions on<br>Page 2, lines 1-3, 17;<br>Page 7, lines 7-9, 15-17;<br>Page 9, lines 3-4;<br>Page 10, lines 11, 13-15, 19-21, 25-26;<br>Page 12, lines 23-24;<br>Page 13, lines 24-25;<br>Page 14, lines 2-3, 28 | **Wells Fargo**<br>References to and Discussion of Wells Fargo's Proprietary Information in Briefing (§ III.E.)<br>[*Leave in redacted form as to pp. 2, 7, 9, 10, 12, 13, 14* ] | DiCaprio Decl. ¶¶ 5-10, 14 | Plaintiffs take no position. | |
| 161<br>Redactions on<br>Page 2, lines 16-17;<br>Page 3, lines 1-4;<br>Page 5, lines 4-9;<br>Page 8, line 14;<br>Page 9, lines 22-23 | 108<br>Redactions on<br>Page 2, lines 16-17;<br>Page 3, lines 1-4;<br>Page 5, lines 4-9;<br>Page 8, line 14;<br>Page 9, lines 22-23 | **Wells Fargo**<br>References to and Discussion of Wells Fargo's Proprietary Information in Briefing (§ III.E.)<br>[*Leave in redacted form as filed* ] | DiCaprio Decl. ¶¶ 5-10, 14 | Plaintiffs take no position. | |
| 165<br>Redactions on<br>Page 3, lines 5-10, 13-20;<br>Page 4, lines 3-7, 10-12 | 113<br>Redactions on<br>Page 3, lines 5-10, 13-20;<br>Page 4, lines 3-7, 10-12 | **Wells Fargo**<br>References to and Discussion of Wells Fargo's Proprietary Information in Briefing (§ III.E.)<br>[*Leave in redacted form as filed* ] | DiCaprio Decl. ¶¶ 5-10, 14 | Plaintiffs take no position. | |
| 172<br>Page 21, lines 21-23 | 120<br>Page 21, lines 21-23 | **Wells Fargo**<br>References to and Discussion of Wells Fargo's Proprietary Information in Briefing (§ III.E.)<br>[*Leave in redacted form as to p. 21* ] | DiCaprio Decl. ¶¶ 5-10, 14 | Plaintiffs take no position. | |
| 148-7 [Ex. 207]<br>App. Vol. VII, Pages 1083-1089 | 72-7 [Ex. 207]<br>App. Vol. VII, Pages 1083-1089 | N/A | N/A | The parties take no position; neither Beasley nor Dept. of Justice have sought protection (§ III.F.) | |
| 148-7 [Ex. 209]<br>App. Vol. VII, Page 1097 | 72-7 [Ex. 209]<br>App. Vol. VII, Page 1097 | N/A | N/A | The parties take no position; neither Beasley nor Dept. of Justice have sought protection (§ III.F.) | |
| 148-7 [Ex. 211]<br>App. Vol. VII, Page 1119 | 72-7 [Ex. 211]<br>App. Vol. VII, Page 1119 | N/A | N/A | The parties take no position; neither Beasley nor Dept. of Justice have sought protection (§ III.F.) | |
| 148-7 [Ex. 212]<br>App. Vol. VII, Page 1121 | 72-7 [Ex. 212]<br>App. Vol. VII, Page 1121 | N/A | N/A | The parties take no position; neither Beasley nor Dept. of Justice have sought protection (§ III.F.) | |
| 147 | 73 | N/A | N/A | Stipulate to unseal | |

**APPENDIX A**

| [Class Action] Subject information identified by docket number, page, and line | [Receiver Action] Subject information identified by docket number, page, and line | Party seeking secrecy and argument for sealing or redacting | Citation to evidence (with pin-citation to specific paragraph in declaration) for sealing or redacting | Responsive argument or statement of nonopposition | Court ruling |
|---|---|---|---|---|---|
| 148-7 [Ex. 206]<br>App. Vol. VII, Pages 1077-1081 | 72-7 [Ex. 206]<br>App. Vol. VII, Pages 1077-1081 | N/A | N/A | Stipulate to unseal | |
| 153<br>Redactions on<br>Page 4, lines 8-13;<br>Page 5, lines 25-28;<br>Page 6, lines 1-10, 26-28 | 98<br>Redactions on<br>Page 4, lines 8-13;<br>Page 5, lines 25-28;<br>Page 6, lines 1-10, 26-28 | N/A | N/A | Stipulate to unseal | |
| 153-1 [Ex. D]<br>Page 130, line 1-Page 132, line 25;<br>Page 237, lines 1-25;<br>Page 246, lines 1-25;<br>Page 249, lines 1-25;<br>Page 252, line 1-Page 254, line 25 | 98-1 [Ex. D]<br>Page 130, line 1-Page 132, line 25;<br>Page 237, lines 1-25;<br>Page 246, lines 1-25;<br>Page 249, lines 1-25;<br>Page 252, line 1-Page 254, line 25 | N/A | N/A | Stipulate to unseal | |
| 156<br>Redactions on<br>Page 10, line 5-Page 11, line 2;<br>Page 14, line 26-Page 15, line 1;<br>Page 16, lines 12-17 | 101<br>Redactions on<br>Page 10, line 5-Page 11, line 2;<br>Page 14, line 26-Page 15, line 1;<br>Page 16, lines 12-17 | N/A | N/A | Stipulate to unseal | |
| 156-1 [Ex. J]<br>Page 1, line 1-Page 6, line 15 | 101-1 [Ex. J]<br>Page 1, line 1-Page 6, line 15 | N/A | N/A | Stipulate to unseal | |