UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Barrett Henzel, et al., | Case No. 2:22-cv-00529-CDS-NJK |
| Plaintiffs | **Order Setting Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement** |
| v. | |
| Wells Fargo Bank, N.A., | [ECF No. 286] |
| Defendant | |

The consolidated class action plaintiffs filed a motion for preliminary approval of class action settlement and certification of the settlement class. ECF No. 286. Under Federal Rule of Civil Procedure 23, if a proposal would bind class members, "the court may approve it only after a hearing and only on finding that it is fair, reasonable, and adequate after considering" a number of factors. Fed. R. Civ. P. 23(e)(2). Generally, the approval of class action settlements occurs in two stages. *Alberto v. GMRI, Inc.*, 252 F.R.D. 652, 658 (E.D. Cal. 2008). In the first stage, the court preliminarily approves the settlement pending a fairness hearing, temporarily certifies the class, and authorizes that notice may be given to the class. *Id.* at 658–59. That phase focuses on assessing whether the proposed settlement merits preliminary approval, which would "lay the ground work for a future fairness hearing." *Id.* at 659.

It is ordered that the parties' motion for preliminary approval of class action settlement will be heard on July 8, 2026, at 10:00 a.m. in Courtroom 6B.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge