Daniel C. Girard (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
(415) 981-4800 (tel.)
(415) 981-4846 (fax)
dgirard@girardsharp.com
jisern@girardsharp.com

Eric H. Gibbs (*pro hac vice*)
David K. Stein (*pro hac vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
ds@classlawgroup.com

*Class Counsel*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

*In re J&J Investment Litigation*

Case No.: 2:22-cv-00529-CDS-NJK

**JOINT STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR FINAL APPROVAL AND FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**

[ECF No. 303]

Plaintiffs Barrett Henzel, Allan Carso, Gary Lundin, Joshua Luekenga, Craig Rodney Michaelis, Bryce Kelly, Clint McDaniel, and Dan McDaniel, Defendant Wells Fargo, Bank, N.A., and Receiver Geoff Winkler, the federal equity receiver appointed by this Court in *SEC v. Beasley, et al.*, Case No. 2:22-cv-00612-CDS-EJY (D. Nev.) (collectively, the "Parties"), hereby stipulate, subject to this Court's approval, to clarify and set the briefing schedule for Plaintiffs' replies in support of Plaintiffs' Motion for Final Approval of Class Action Settlement, ECF No. 300, and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards, ECF No. 301. This is the first stipulation concerning timing of Plaintiffs' replies. The hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement, ECF No. 300, and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards, ECF No. 301, is currently set for November 12, 2026, at 10:00 a.m. *See* ECF No. 292 at 5.

In support of the stipulation and request for the briefing scheduling, and pursuant to LR 7-1 and LR IA 6-1, the Parties state as follows:

WHEREAS, the Parties negotiated and entered into a Settlement Agreement on April 21, 2026, to resolve this Action and *Winkler v. Wells Fargo Bank, N.A.*, Case No. 2:23-cv-00703-CDS-NJK (D. Nev.). *See* ECF No. 286-1 (the "Settlement").

WHEREAS, Plaintiffs submitted the Settlement for preliminary approval in this Action, and the Receiver submitted the Settlement for preliminary approval in *SEC v. Beasley, et al.*, Case No. 2:22-cv-00612-CDS-EJY (D. Nev.) (the "SEC Action") on April 27, 2026. ECF No. 286; SEC Action ECF No. 886.

WHEREAS, the Court granted preliminary approval of the Settlement in this Action and in the SEC Action on July 9, 2026, and July 10, 2026, respectively, and set final approval hearings in both actions for November 12, 2026. ECF No. 292; SEC Action ECF No. 960.

WHEREAS, consistent with the Court's Order granting preliminary approval and the Settlement, Plaintiffs moved for final approval of the Settlement and for attorneys' fees, reimbursement of litigation expenses, and service awards on September 8, 2026. ECF Nos. 300, 301.

WHEREAS, the Receiver responded to Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards on September 22, 2026. ECF No. 302.

WHEREAS, consistent with the Court's Order granting preliminary approval and the Settlement, the deadline for Class Members to object to the Settlement, including Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards, is October 12, 2026. *See* ECF No. 292.

WHEREAS, the Parties agree that any replies in support of Plaintiffs' Motion for Final Approval and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards should be filed after the Class Member's objection deadline.

NOW THEREFORE, THE PARTIES STIPULATE THAT:

1. Plaintiffs shall file their replies in support of their Motion for Final Approval and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards and respond to any responses or objections to the motions no later than October 30, 2026.

2. The Parties expressly reserve their rights, except as otherwise stipulated herein.

**IT IS SO STIPULATED.**

Dated: September 29, 2026

Respectfully submitted,

By: /s/ *David K. Stein*
Eric Gibbs (*pro hac vice*)
David K. Stein (*pro hac vice*)
Spencer Hughes (*pro hac vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
shughes@classlawgroup.com

Emily Beale (*pro hac vice*)
**GIBBS MURA LLP**
136 Madison Avenue, Suite 541

By: /s/ *K. Issac deVyver*
K. Issac deVyver (*pro hac vice*)
**MCGUIREWOODS LLP**
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412-667-6000
Fax: 412-667-6050
kdevyver@mcguirewoods.com

Alicia A. Baiardo (*pro hac vice*)
**MCGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944
Fax: 415-844-9922
abaiardo@mcguirewoods.com

New York, NY 10016
eb@classlawgroup.com

Daniel C. Girard (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com

Robert L. Brace (*pro hac vice*)
Maria F. Elosu (*pro hac vice*)
**LAW OFFICES OF ROBERT L. BRACE**
1807 Santa Barbara St.
Santa Barbara, CA 93101
Telephone: (805) 886-8458
rlbrace@rusty.lawyer
mariaelosulaw@gmail.com

*Class Counsel*

Miles N. Clark (NBN 13848)
**LAW OFFICES OF MILES N. CLARK, LLC**
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148-7700
(702) 856-7430
miles@milesclarklaw.com

*Liaison Counsel*

Anthony Q. Le (*pro hac vice*)
Molly M. White (*pro hac vice*)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310.315.8200
Fax: 310.315.8210
ale@mcguirewoods.com
mwhite@mcguirewoods.com

Joseph G. Went (NBN 9220)
Sydney R. Gambee (NBN 14201)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*

By: */s/ Jarrod L. Rickard*
**SEMENZA RICKARD LAW**
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Receiver Geoff Winkler*

**ORDER**

**IT IS SO ORDERED.**

____________________________
Honorable Cristina D. Silva
United States District Judge

Dated: October 2, 2026